UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
APR 15 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Elijah Q Vreeland ,

Plaintiff(s),

v.

Onondaga County Justice Center

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** _____
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☐ Yes
☒ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II. PLAINTIFF(S) INFORMATION

Name: Elijah Q Vreeland
Prisoner ID #: 21000504
Place of detention: Onondaga County Justice Center
Address: 555 South State St Syracuse NY 13202

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: Dep Rapp
Name (Last, First)

Dep (Onondaga County Justice Center)
Job Title

555 South State St
Work Address

Syracuse     New York     13202
City          State        Zip Code

Defendant No. 2: "Doe"
Name (Last, First)

Correction Officer
Job Title

2

555 South State St
Work Address

Syracuse / New York / 13202
City / State / Zip Code

Defendant No. 3: Doe
Name (Last, First)

Correction Officer
Job Title

555 South St
Work Address

Syracuse / New York / 13202
City / State / Zip Code

Defendant No. 4: Doe
Name (Last, First)

Correction Officer
Job Title

555 South State St
Work Address

Syracuse / New York / 13202
City / State / Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

I was Beat All over my Body Suffering Bruises To (Face) (Shoulders) (Right Leg) (Wrists) And To (head) & (Left EAR) My (EAR Drum) (Left) was Blown & Left EAR Tunnel was Ripped or Cut. I was Sent To Upstate Hospital Under Medical evaluation and Treatment for 14+ hours CT Scans IV's X Rays of Injuries. I was given Steroids for my Left EAR & given Tyenol Tibut for Pain. Upstate Hospital has All medical Records as Long as Well Path. I Am Currently Seeking more Treatment for EAR Due To Sounds/Tones Being off (Hearing Problems) with (WellPath). Also Dealing with Headaches & memory Thought processing Problems.

Occurred 07/09/24 Time 3:40-4:30 pm. Justice Center.

## V.  STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

P (Elijah Vreeland)
V
D (Onondaga County JC)

03/27/24

Inmate ID # 2100504

(Claims) (Page 5)

First Claim:
(Location 5B Sh2 (P.C Pod) Cell 15) (Audio/Visual In this Unit)
Date/Time 02/09/24 / Time 3:40 - 4:15/4:30pm (C Watch)
Defendant: Dep. Rapp      Witnesses: (Clark Inmate) (Luis Lopez)
                                      (Ny quest Allen)
                          (8:00pm)ish   (Inmate Jonthen)
I had a video visit at 8:00pm Around 4:00pm when we Locked    Inmate (Whiters/Nikai)
out for next shift my door didnt get Locked out. Dep Rapp told
me my No Contact was out I Asked if I could Shower get Ready for my
visit later he Sarcasticly said Naaa. I Kept my cool and Asked
for Atleast my video visit later which only Required 30 mins which
Then my No Contact would have Been out 4 hours+ By Then. I started to
get upset when he Denied this to. I Asked for a Sgt for a
grievance he said Naa again and then Asked for mental health he
Denied & Mocked me and Locked me In for Talking on my Cell Door
Asking Valid Questions Trying To Be Respect But Refusing my
Right To grievance & mental Health Help he Violated Jail Policy nys
Policy & my Constitution Rights, which Resulted In a Metal Health
Breakdown & Later Caused a Suicide Attempt.

Second Claim:
Location: 5B SHU "Big Box"
Date & Time: 02/09/24 5:00-6:45 PM (med pass)
Defendants: Doe's
Witnesses: (Clyde gic Bus) Cindy (Nurse) (Lauren mental Health)
Another Nurse "Doe".

After a Suicide Attempt the Police officers Rushed to my cell at Above Location "Code Blue" (Medical emergency). I Remember Dep Doe I Believe to Be Named "Dep H" Respond to my "Aid" First. To me, Me Being out of it the Slaps on my Face to get me up from Dep "H I Believe Named I was confused & As I Awoke Looked Left & Right. At That Point They Turned me on my Stomach Face Down I Could Not See my Attackers They Beat me Naked (Due to Jumpsuit/Sheet Being Tied up to hang myself) from the Back me whining and screaming and when They had my Wrists They Bent Them Back So hard I Felt a Shock Rushing All on my Arms whinying at this point Due to the Shock In my Arms Them mocking my Whinys I Do Not Know how much Time went By But at the end I got Hit Really hard one last Blow to my Left ear So Hard I could hear Nothing But Ringing Out the Left EAR IT Felt crunched up & I Felt Wetness coming out at this Point I Thought I was going to Die Because I Knew it was Blood praying it kept wasn't When This Happen I could hear them vaguely Say Shit Shit Shit Knowing my EAR could Be Extremi problem (most Likely) They Picked me up Forcefully Into a Restrain vest Thing Super Tight. BC

At some point They Threw me on the Floor In The cell after Beating & Left In Sh'BigBoy To Attend To my mental Health Care Blue The Original Cause for coming I was Naked & Afraid to Look. They Brought me I Believe (on camera) Naked To 5B To 5C mental Health Floor An Put me on Sucide Watch Where I Felt alot of Blood coming out Begging For Help Crying & Begging As They Stood outside my cell/Bubble Area In a Circle Laughing/mocking me even with the Mental Health women Lauren unFourtnity. The Nurse I Believe To Be Nurse Doe Sent me To Hospital & When She made That Calle. it wasn't Funny Anymore To them & They Left.

End of Second ~~claim~~

03/27/24

(E.V) 03/27/24

~~[scribbled out paragraph]~~

Third Claim: Retaliation Witnesses: (Inmate Shawn Kease) (Inmate Damien) (Inmate Doe) (Inmate Doe)

(Dated Alot) They Refused me Rec Time After my Suicide watch & Showers for up To Two Weeks Staight I was Locked Behind a Cell Door in 5C Not until Weeks Went By was I Able To Rec But The Rec yard was Freezing & They Refused To give me Clothes (i.e. Socks, Underwear) So I could Not withstand the cold to Rec. Also Showers were Refused. They Searched my Cell To Take Away Important Documation of These Report of The Incident They Tricked me By Switching DR/IR codes While I was on conelstonol & couldnt Read Facts or codes. There was No Disipline In Rig Box only a Suicide Attempt Sgt Keenan I Believe Names, Made Up There own case To Try To Charge me with Assualt To Justifity them Beating me. The only Thing I did wrong Day 02/09/24 was have a mental Health Breakdown In 5B$^{Sh2}$ (dep Rapp) By Breaking a Tablet Fudding my cell Throwing my Food Tray. Due To him Refusing help me Feeling Trapped is The only Report I Should Be guilty off. They Gave me Facts of Rapp/Sgt Stone (a IR) explaining what I Did. But The codes of other Reports were Switched & assualt was added. I with no Location or Time of Sgt. I Asked about This & figured out They were Covering True Tracks. On Day of Sickcall for my EBR (Early B watch)/Sick call Datto) They Searched my Cell which I had no Proper at all Due to Them Throwing it away And found what they were Looking For The Report From Sgt Stone The Proper one.

Third Claim Still on 02/17/24 B Watch) They Refused my Lunch Tray (Camera Flap Never opened) I had Another Mental Breakdown Because I Am Being Punished Based d'Upon In a lil abled Because I have grounds to get them in Trouble is wrong. They Brought me to Booking on This Day No Lunch No Bathroom or Running Water I Laided on Floor Naked With a Suicide Smock for 7 hours urining on Floor Asking For a Bathroom Telling me to piss in the Floor. Getting Called Names IVe Tried To Grievance This But ignored Refused Mocked or promised But Never happens. every Day is mentally Challenging. I currently serve a 91 Day Box With NyS minimum getting Broke everyday I Fear To Be Around Set Members mentioned By witness I Fear if Im going to get Assaulted again Due To me Writing & Trying to Protect my Rights.
/Elijah Q Vreeland/

Elj V.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

**FIRST CLAIM** (8th Amendment) (Deliberate Indifference) Neglecting Mental Health needs (Mental Health Discrimination) (Right To grieve) (Dep C.O Rapp)

Refusing To Tell a Sgt or Call medical (mental health staff) About my concerns That turned into a mental Health crisis & later on a Suicide Attempt

**SECOND CLAIM** (Cruel & unusual Punishment)

Failure To protect \ Excessive Force: In 5B Big Box I Attempted Suicide To Be Awoken To a Beating That Resulted In Hospitization (upstate) 4 Does Listed Names Witness Told me (Dep Wagner, Dep Apple, Dep H, T. Fidduco) (Sert Team members)

**THIRD CLAIM** (Nys mins Unconstitutional Condition) (Retaliation) (9th Amendment)

The officers at Onondaga Justice have Retaliated with Breaking Nys minimus "Out of cell Time" Refused Rec Showers for weeks at a time Refused my lunch Tray one Time put me In a Room For 6-7 hours No Running Water Or Bath, Forcing me To Urine on The Floor And stay After shift hours.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

Justice, (External) Investigation Arrests & Damages for my Physical Abuse mental & emotional Abuse and Violating my Rights.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/27/24

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5