UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED
AUG 13 2024
AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Elijah Q. Vreeland
    Plaintiff(s),

v.

County of Onondaga
Dep. Veda Hajdur (SERT member)
Dep. Thomas Fodaro (SERT member)
Dep. Alton Apples (SERT member)
Dep. Gerard Wagner (SERT member)
    Defendant(s).

(Amended Complaint)
COMPLAINT
(Pro Se Prisoner)

Case No. 9:24-cv-00521
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☒ Yes (Amended) (Jury Demand)
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.  **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II. PLAINTIFF(S) INFORMATION

Name: ELIJAH Q. VREELAND
Prisoner ID #: 21000504
Place of detention: Onondaga County Justice Center
Address: 555 South State St Syracuse NY 13202

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: Hajdupur Veda
Name (Last, First)

Dep. (Sert)(member)
Job Title

555 South State St
Work Address

Syracuse     NY     13202
City         State  Zip Code

Defendant No. 2: Fodaro Thomas
Name (Last, First)

Dep. (SERT)(member)
Job Title

2

555 South State St
Work Address

Syracuse                    Ny          13202
City                        State       Zip Code

Defendant No. 3:    Apples Alton
                    Name (Last, First)

                    Dep. (SERH member)
                    Job Title

                    555 South State St
                    Work Address

                    Syracuse                Ny          13202
                    City                    State       Zip Code

Defendant No. 4:    Wagner Gerard
                    Name (Last, First)

                    Dep. (SERH member)
                    Job Title

                    555 South State St
                    Work Address

                    Syracuse                Ny          13202
                    City                    State       Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV. **STATEMENT OF FACTS**

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

I was Beat All over my Body Suffering Bruises To (Face) (Shoulders) (Right Leg) (Wrists) And To (head) (Left EAR) my (EAR Drum) (Left) was Blown & Left EAR tunnel was Ripped or Cut. I was Sent To Upstate Hospital (Underwent) medical Evaluation & Treatment For 14+ hours, CT Scans, IV'S, X Rays of Injures, I was Given Steriods For my Left EAR & given Tyenol for pain. Upstate Hospital has medical Records as Long as Wellpath. I Am currently Seeking more Treatment For EAR Drum Due To (sounds) Tones Off. Renol (hearing problems) with Wellpath. Also Dealing with headaches & memory Thought Processing problems.

Occured 02/09/24  3:40 - 4:30 pm on B (Justice Center)

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

**FIRST CLAIM**

(8th Amendment) (Deliberate Indifference) Neglecting Mental Health Need (Mental Health Discrimination) Right To Grieve: (C.O Rapp) (Dep)

Refusing To Tell a Sgt or Call medical (mental health staff) About my concerns That Turned Into a mental Health Crisis & Later on a Sucide Attempt

**SECOND CLAIM**

(Cruel & unusual Punishment) Failure To protect \ Excessive Force: In 5B Big Box I Attempt to Sucide To Be Awoken To a Beating That Resulted In Hospitization (upstate) + Does 1, Sited Names Witness Told me (Dep Wagner, Dep Apple, Dep H, T.Fiddoro) (Behavior) (Sert Team members) Gerard Wasner Alton Thomas Apples Foduro

**THIRD CLAIM**

(NyS has Unconstitutional Conditions) (9th Amendment) Retaliation\ The Officers at Onondaga Justice have Retaliated with Breaking NyS minimus "out of cell time" Refused Rec Showers for weeks at a Time Refused my Lunch Tray one Time put me In a Room For 6-7 hours no Running Water Or Bath, Forcing me To urine on The Floor and Shay After Shift hours.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

Justice, (Extenal) Investigation Arrests & Damages for my Physical Abuse, mental & emotional Abuse and Violating my Rights.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/27/24

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

Third Claim Still: on 02/17/24 B Watch) They Refused my Lunch Tray (Camera Flap Never opened) I had Another mental Breakdown Because I am Being Punished Based al Upon In a Wlabeo Because I have grounds to get them in Trouble is wrong. They Brought me to Booking on This Day No Lunch No Bathroom or Running water I Laided on Floor Naked With a Suid Smock for 7 hours Urining on Floor Asking for a Bathroom Telling me To piss in the Floor. Getting called Names. Ive Tried To grievance This but ignored Refused Mocked or promised but Never happens. everyday is mentally Challenging. I currently serve a 91 Day Box with Nys minumum getting Brake everyday, I Fear To Be Around Get members mentioned By witness I Fear it im going To get assulted again Due To me Writing & Trying To Protect my Rights.

/Elijah Q Vreeland/

EjV.

(Amended For The Excessive Force Claims
With Does Names Included)

Second Claim:
Location: 5B SHU "Big Box"
Date/Time: 02/09/24 5:00-6:45pm (med pass)
Defendants: ~~Does~~ Dep. Vega Hajubar (Sert members) Thomas Fodaro
Witnesses: (Clyde gicBus) Cindy (Nurse) (Laurn mental Health) Alton Apples
Another Nurse "Doe". Gerard Wagner
1.) (Vega HajuBar)

After a Sucide Attempt The Police officers Rushed To my
Cell at Above Location "code Blue" (Medical emergency). I Remember
~~Dep Doe~~ I Believe To Be Named Dep H" Respond To my "Aid" First.
To me, me Being out of it The Slaps on my Face To get me up from Dep — Vega Hajubar
~~H~~ I Believe Named. I was confused & As I Awoke Looked Left & Right.
At That Point They Turned me on my Stomach Face Down I Could Not
see ~~my attackers~~ They Beat me Naked (Due To Jumpsuit/Sheet Being
Tied up To hang myself) From the Back me Whiny and Scearming And
When They had my Wrists They Beat Them Back So hard I Felt
a Shock Rushing All on my Arms Whinying at This point Due To The Shock
In my Arms Them mocking my Whinys I Do Not Know how much Time
Went By But at The end I got Hit Really hard one last Blow in my
Left ear so Hard I could hear Nothing But Ringing out The Left Ear
It Felt crunched up & I Felt wetness coming out at This Point
I Thought I was going To Die Because I Knew it was Blood praying it
~~KSSH~~ wasn't When This Happen I could hear them vaguely say
Shit Shit Shit knowing my Ear could Be Extreme problem (most likely)
They Picked me up Forcefully Into a Restrain Vest Thing Super Tight. ~~BC~~

(left margin: Alton Apples, Thomas Fodaro, Gerard Wagner)

( Elijah Vreeland )
v
D ( Onondaga County JC )        Inmte ID #
03/27/24                                              21000504

(Claims)(Page 5)

First Claim:
(Location 5B Sh2 (P.C POD) Cell 15)(Audio/Visual In this Unit)
Date/Time 02/09/24 \ Time 3:40-4:05\4:30 pm (C Watch)
Defendent: Dep. Rapp          Witnesses: (Clark Inmate)(Luis Lopez)
                                         (NY quest Allen)
              (8:00pm)ish                (Inmate Jonthen)
I had a Video Visit at 8:00pm Around 4:00pm when we Locked    Inmate (Whiters)
Out for Next Shift my Door Didnt get Locked Obt. Dep Rapp Told   Nilkai
me my No Contact Was Out I Asked if I Could Shower get Ready for my
Visit Later he Sarcusticly Said Naaa. I kept my Cool And Asked
for Atleast my Video Visit Later Which only Required 30 mins Which
Then my No Contact Would have Been out 4 hours + By Then. I Started To
get Upset When he Denied This To. I Asked for a Sgt for a
grievance he Said Naa again And Then Asked for mental health he
Denied & Mocked me And Locked me In for Talking on my Cell Door
Asking Valid Questions Trying To Be Respect But Refusing my
Right To grievance & mental Health Help he Violated Jail Policy Nys
Policy & my Constitution Rights, Which Resulted In a mental Health
Breakdown & Later Caused a Suicide Attempt.